IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

TAWANA AUSTIN, et al
    Plaintiff

vs.

Cause No. 4:23-cv-00827-PLC

CITY OF BELLEFONTAINE NEIGHBORS,
MISSOURI, et al
    Defendants

## PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Comes now the Plaintiff and pursuant to Fed. R. Civ. P. 65 states:

1. The Plaintiff has filed a Complaint, wherein Count I seeks a Temporary Restraining Order, Preliminary Injunction and Permanent Injunction, in the above styled cause.

2. The Plaintiff adopts and incorporates by reference, as if fully set forth verbatim herein, the allegations made in Count I of Plaintiff's Complaint as the allegations made for this Motion.

3. The Plaintiff is submitting Suggestions in Support of this Motion, which she adopts and incorporates by reference as if more fully set forth verbatim herein.

4. There is no adequate remedy at law, and unless the Defendant is Temporarily Restrained, Preliminary Enjoined and Permanently Enjoined, the Plaintiff will suffer irreparable harm.

**WHEREFORE**, the Plaintiff prays that this Honorable Court issue a temporary restraining order and preliminary injunction against the Defendants enjoining them from in anywise prohibiting, interfering or preventing the Plaintiff from occupancy, use, hosting events, operation and/or providing services to business invitees, clients and customers of Plaintiff's restaurant, banquet facility, meeting hall and event center or business located at 9312 Lewis & Clark Blvd, Bellefontaine Neighbors, Missouri 63137, d/b/a Royalty Café & Events Center pending the outcome or disposition

of the Plaintiffs Petition for Injunction, Declaratory Relief and Damages filed in the above styled matter.

Respectfully submitted,
**THE CAHILL PARTNERSHIP, LLC**
/s/Randall C. Cahill
RANDALL C. CAHILL #35191
Attorney for Plaintiffs
906 Olive Street – Suite 1250
St. Louis, Missouri 63101
314-231-1771 Office
314-231-3073 Fax
cahillpart@gmail.com – Email

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed through this Court's electronic filing system on this 3rd day of July, 2023.

*/s/Randall C. Cahill*
Randall C. Cahill